UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SIMI ABRAHAM

                               Plaintiff(s)

- against -

MICHAEL FAZIO & MADELINE GADALETA-FAZIO

                               Defendant(s)

NOTICE OF REMOVAL

CV10-645
TOWNES, J.
REYES, M.J

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ FEB 16 2010 ★
BROOKLYN OFFICE

    Michael Fazio defendant in the above-captioned action which was commenced in the Supreme Court of the State of New York for the County of Kings, gives notice that he is removing this action from the Supreme Court of the State of New York, County of Kings, to this Court pursuant to USC Section 1441. The grounds for removal are as follows:

    1. A civil action was commenced and is now pending against the defendant in the Supreme Court of the State of New York, County of Kings, which is entitled: SIMI ABRAHAM v. MICHAEL FAZIO & MADELINE GADALETA-FAZIO.

    2. On or about January 16, 2010 the defendant Michael Fazio was served with a summons and complaint, a copy of which is attached as Exhibit A. The documents in Exhibit A consist of copies of all process, pleadings and other orders served on defendant in this action.

    3. The above action is a civil action of which this Court has jurisdiction under 28 USC 1332 and is one which may be removed to this Court by the defendant under 28 USC 1332 and 1441 in that:

    a) Plaintiff is noted to be listed on the summons as a citizen of the State of New York residing at 7002 Ridge Blvd. Brooklyn New York 11209.

    b) Defendant Michael Fazio is a citizen of the State of Connecticut residing at 140 Park Avenue, Greenwich Connecticut 06830.

    c) Defendant Madeline Gadaleta-Fazio is a citizen of Connecticut residing at 127 Shore Road, Old Greenwich Connecticut 06831..

    d) The incident claimed to have caused the injury to the defendant is alleged in the complaint to have occurred in the City and State of New York, in the County of Kings. (See paragraph 7, Exhibit A).

    e) The amount in controversy herein exceeds Seventy- Five Thousand ($75,000.00) Dollars exclusive of interest and costs.

4. The firm of Smith Mazure Director Wilkins Young & Yagerman PC. has been retained to defend co-defendant Madeline Gadaleta-Fazio in the above-captioned action. On February 15, 2010, Sean Weakland Esq. of that firm communicated by voice-mail that co-defendant consented t the removal of the action.

5. Accordingly, as the parties are of diverse citizenship and amount in controversy exceeds Seventy-Five Thousand ($75,000.00) Dollars exclusive of interest and costs, federal jurisdiction is appropriate pursuant to 28 USC Section 1332.

DATED:   Westbury, New York
         February 15, 2010

Yours, etc.

John W. Kondulis, Esq.
JAMES G. BILELLO & ASSOCIATES
Attorneys for Defendant
Michael Fazio
875 Merrick Avenue
Westbury, New York 11590
(516) 229-4312
Our File Number: 10K0142
Claim Number: 0312442940101022 (J097)

TO:

Alexander Bespechny, Esq.
Attorneys for Plaintiff(s)
1122 Coney Island Avenue / Suite 209

Brooklyn, NY 11230
718-434-8300

Smith Mazure Director Wilkins Young & Yagerman PC
Attorneys for co-Defendant Madeline Gadaleta-Fazio
111 John Street, 20th Floor
New York NY 10038
212 964-7400

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

----------------------------------------X

SIMI ABRAHAM,

                         Plaintiff(s),

                         -against-

MICHAEL FAZIO & MADELINE GADALETA-FAZIO.

                         Defendants

----------------------------------------X

Index No.: 1072/2010

Filed: 01/14/2012

Plaintiff designated Kings County as the place of trial.

**SUMMONS**
The basis of venue is the Plaintiff's place of residence at: 7002 Ridge Blvd. Brooklyn, NY 11209

**TO THE ABOVE NAMED DEFENDANT:**

**YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to serve a copy of your answer on the plaintiff's attorney within 20 days after the service of this summons, exclusive of the day of service of this summons, or within 30 days after service of this summons is complete if this summons is not personally delivered to you within the State of New York.

In case of your failure to answer this summons, a judgment by default will be taken against you for the relief demanded in the complaint, together with the costs of this action.

Dated: Brooklyn, NY
       December 14, 2009

                                      Law Offices of
                                      ALEXANDER BESPECHNY
                                      Attorney for Plaintiff
                                      1122 Coney Island Avenue
                                      Suite 209
                                      Brooklyn, NY 11230
                                      718-434-8300

TO:   Micahel Fazio
      140 Park Avenue
      Greenwich CT 06830-4852

      Madeline Gadaleta-Fazio
      18 Hedgerow Lane
      Greenwich CT 06831-3340

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
---------------------------------------------------------------X
SIMI HELEN ABRAHAM,

                                  Plaintiff(s),

              -against-

MICHAEL FAZIO & MADELINE GADALETA-FAZIO,

                                  Defendants,
---------------------------------------------------------------X

Index No.:

***VERIFIED COMPLAINT***

State of New York   )
                           )  s.s.:
County of Kings    )

Plaintiffs, by his/her attorney, ALEXANDER BESPECHNY, ESQ. as and for his/her VERIFIED COMPLAINT, respectfully alleges, upon information and belief:

1. The Plaintiff, Simi Abraham all times herein mentioned was and still is a resident of Kings County and the State of New York.

2. Upon information and belief the Defendant, Michael Fazio, at all times herein mentioned was and still is a resident of the County of Connecticut and the State of New York.

3. Upon information and belief the Defendant, Madeline Gadaleta-Fazio, at all times herein mentioned was and still is a resident of the County of Connecticut and the State of New York.

4. On or about July 16, 2007, Defendant, Michael Fazio, operated a certain automobile bearing the license plate number 583TTW as issued by the State of Connecticut.

5. On or about July 16, 2007, Defendant, Madeline Gadaleta-Fazio, owned a certain automobile bearing the license plate number 583TTW as issued by the State of Connecticut.

6. On or about July 16, 2007, Plaintiff, owned and operated a certain automobile bearing the license plate number as issued by the State of New York.

7. On or about July 16, 2007 the automobile operated by the Defendant Michael Fazio and owned by the Defendant, Madeline Gadaleta-Fazio, came in contact with the automobile operated and owned by Plaintiff Simi Helen Abraham, causing a collision at intersection of Ocean Parkway and Neptune Avenue in Brooklyn, NY

8. The negligence of the Defendants, Michael Fazio & Madeline Gadaleta-Fazio, consisted of his/her negligent ownership, operation, maintenance and control of his/her motor vehicle; in operating his/her motor vehicle at an excessive rate of speed under the circumstances then and there prevailing; in failing to stop; in failing to slow down; in operating his/her motor vehicle in a state of disrepair; in failing to keep his/her motor vehicle under proper control; in operating his/her motor vehicle in a dangerous and reckless manner; in failing to keep a proper lookout; in failing to give warning of his/her approach; in failing to observe the traffic controls and rules of the road; in failing to make proper, timely and adequate use of the signal devices, brakes and other safety equipment; in disregarding and disobeying the applicable laws, statutes, ordinances, rules and regulations governing the movement of motor vehicle traffic at the time and place of the occurrence; and in being in all ways generally careless, reckless and negligent.

9. Solely as a result of the Defendants' negligence, the Plaintiff was caused to suffer severe and serious personal injuries to mind and body, and further the plaintiff was subject to great physical pain and mental anguish.

10. As a result of the foregoing, the Plaintiff sustained serious personal injury as defined in Section 5102(d) of the Insurance Law of the State of New York, and/or economic

loss greater than the basic economic loss as defined in Section 5102(a) of the Insurance Law of the State of New York.

11. This action falls within one or more of the exceptions set forth in Article 1602 § (2) (IV), (5), (6), (7), and (11) of the Civil Practice Law and Rules.

12. Due to the defendant's negligence, Plaintiff Simi Helen Abraham is entitled to damages in the sum of ONE MILLION ($1,000,000.00) DOLLARS.

WHEREFORE, the Plaintiff demands a judgment awarding damages in the amount of ONE MILLION ($1,000,000.00) DOLLARS interest, costs and disbursements of this action and such other and further relief as to this Court may seem just and proper.

Dated:    Brooklyn, NY
          December 14, 2009

                                        Law Offices of
                                        ALEXANDER BESPECHNY
                                        Attorney for Plaintiff
                                        1122 Coney Island Avenue
                                        Suite 209
                                        Brooklyn, NY 11230
                                        718-434-8300

TO:    Micahel Fazio
       140 Park Avenue
       Greenwich CT 06830-4852

       Madeline Gadaleta-Fazio
       18 Hedgerow Lane
       Greenwich CT 06831-3340

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF

---

SIMI ABRAHAM, ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯X

              Plaintiff,

     -against-

MICHAEL FAZIO & MADELINE GADALETA-
FAZIO.

             Defendant.
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯X

Index No.:

**VERIFICATION**

STATE OF NEW YORK  )
                         ) s.s.:
COUNTY OF            )

                      being duly sworn deposes and says that he/she is the plaintiff in the above-entitled action; that he/she has read the foregoing BILL OF PARTICULARS, and knows the contents thereof and that the same is true to his/her knowledge, except as to matters therein stated to be alleged on information and belief, and as to those matters, he/she believes them to be true.

Dated:
    Brooklyn, New York

                                               X _____

Sworn to before me this _____
day of _____

Anna M. Nieves
Notary Public, State of New York
No. 01NI6183716
Qualified in Queens County
My Commission Expires 3/24/___

_____
Notary Public

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

---

SIMI ABRAHAM, _____ X

                Plaintiff(s),

           -against-

Index No.:

SUMMONS & VERIFIED COMPLAINT

MICHAEL FAZIO & MADELINE GADALETA-FAZIO,

                Defendants.

_____ X

---

**SUMMONS AND VERIFIED COMPLAINT**

---

*A. Bespechny*
*Attorneys at Law*

Attorney(s) for

1129 Coney Island Ave.
Suite 209
Brooklyn, NY 11230
(718) 151-8800

2961 Westchester Avenue
Suite 201
Bronx, NY 10461
(718) 792-1800

---

To

Service of a copy of the within is hereby admitted.

Dated: _____

Attorney(s) for